1058

No. 71–224.  SWENSON, WARDEN v. STIDHAM.  C. A. 8th Cir.  Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 71–496.  WARD v. VILLAGE OF MONROEVILLE.  Sup. Ct. Ohio.  Certiorari granted.

No. 71–576.  WADE v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 71–611.  HYDE v. UNITED STATES;
No. 71–618.  GANTT v. UNITED STATES; and
No. 71–625.  FLOWERS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 448 F. 2d 815.

No. 71–616.  INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 12, ET AL. v. SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF SAN DIEGO (ASSOCIATED GENERAL CONTRACTORS OF AMERICA, SAN DIEGO CHAPTER, INC., ET AL., REAL PARTIES IN INTEREST).  Super Ct. Cal., County of San Diego.  Certiorari denied.

No. 71–617.  GOLAY & CO., INC. v. NATIONAL LABOR RELATIONS BOARD.  C. A. 7th Cir.  Certiorari denied.

No. 71–623.  KEE MING HSU v. HART, U. S. DISTRICT JUDGE.  C. A. D. C. Cir.  Certiorari denied.

No. 71–626.  GORDON v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 71–632.  HODGDON v. SECURITIES AND EXCHANGE COMMISSION; and
No. 71–637.  HAIGHT ET AL. v. SECURITIES AND EXCHANGE COMMISSION.  C. A. D. C. Cir.  Certiorari denied.